# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LORENZO NAVARRO & FRANCES BETTY ORTIZ | | |
| **Case Number:** | 2:09-BK-21985-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 01, 2009 02:30 PM   6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## *Matter:*

MOTION FOR RELIEF FROM CO-DEBTOR STAY  FILED BY DAVID 1 ENGELMAN OF ENGELMAN BERGER, P.C.  ON BEHALF OF ARIZONA FEDERAL CREDIT UNION .

**R / M #:**   17 / 0

## *Appearances:*

HARRY LENABURG, ATTORNEY FOR FRANCES BETTY ORTIZ, LORENZO NAVARRO ORTIZ
OLGA ZLOTNIK, ATTORNEY FOR ARIZONA FEDERAL CREDIT UNION

## *Proceedings:*

Ms. Zlotnik reviewed her position, stating that her claim is not being paid in full.

Mr. Lenaburg responded.

COURT:  IT IS ORDERED LIFITNG THE STAY EFFECTIVE IN 15 DAYS UNLESS THE PLAN IS AMENDED TO PAY THE CLAIM IN FULL.